IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY ARMSTRONG,

     Plaintiff,                    No. CIV S-08-0695 LEW KJM P

     vs.

KEVIN McCLURE,                  ORDER AND

     Defendant.              FINDINGS AND RECOMMENDATIONS

                            /

          By an order filed April 11, 2008, plaintiff was ordered to file a request for leave to proceed in forma pauperis on the form provided by the court. He was also informed that he must submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint. Plaintiff was warned that failure to comply with the court's April 11, 2008 order would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not complied with the court's order. Therefore, the court will recommend that this action be dismissed without prejudice.

          In addition, plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298

1

(1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of counsel (#8) is denied; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 15, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
arms0695.frs

2