IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY ARMSTRONG,

        Plaintiff,                  No. CIV S-08-0695 JAM KJM P

    vs.

KEVIN McCLURE,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 15, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed May 15, 2008, are adopted in full; and

1

1       2. All outstanding motions (#s 25, 21, 18 & 17) are denied.

2       3. This action is dismissed without prejudice.

4 DATED: 9/26/2008

6                                                       /s/ John A. Mendez

7                                                     UNITED STATES DISTRICT JUDGE